# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-05148-ABC(RZx) | Date | JUNE 1, 2009 |
|---|---|---|---|
| Title | U.S.A. v. CRAIG A. SADIL | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Ilene Bernal | | Recorded on CourtSmart |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Present for Defendants |
| Kathryn Von Houten | | Craig A. Sadil, debtor |

**Proceedings:**   HRG: JUDGMENT DEBTOR EXAM

Judgment debtor, Craig A. Sadil, appears, is sworn and examined.

                                                                                                : 05
                                                      Initials of Preparer        igb